IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| ALAN COOKSEY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FRANK L. WELLS COMPANY, et al., )<br>)<br>Defendants. ) | Case No. 05-5052-CV-SW-DW |

# ORDER

Pursuant to Federal Rule of Civil Procedure 4, the Court hereby ORDERS that this case is DISMISSED WITHOUT PREJUDICE for failure of service as to the remaining defendants. The Clerk of Court shall mark this case as closed.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: December 12, 2006